DCM FORM NO. 7
1/1/92

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
### CASE MANAGEMENT CONFERENCE
### MINUTE SHEET

CASE MANAGEMENT CONFERENCE HELD BEFORE __JUDGE DONALD C. NUGENT__ ON __AUGUST 23, 2018__
JUDICIAL OFFICER

| | |
|---|---|
| Endless River Technologies LLC,<br>　　　　Plaintiff(s), <br>v. <br><br>Trans Union LLC, <br>　　　　Defendant(s). | CASE NO. **1:18 CV 936** <br><br> JUDGE: DONALD C. NUGENT |

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?   YES ☐   NO ☒

TRACK DESIGNATION:
Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:   YES ☐   NO ☒   *Probably after some discovery.*

IF YES, BY WHICH ADR PROCESSES:
Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT:   *Limited*

DISCOVERY CUT OFF DATE:   3/1/19

MOTIONS CUT OFF DATE:   TBD

CASE STATUS HEARING SCHEDULED FOR:   10/12/18 @ 9:00AM

NOTES: CMC held w/ all counsel present + planning report filed. Breach of (K) — Plt + Def entered into (K) + Def properly ended it, but P believes Def improperly held onto Code.

Length of Proceeding: 20 MIN

_____ 8/23/18
DISTRICT JUDGE