UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| Endless River Technologies LLC, | ) | Case No. 1:18-cv-00936 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | |
| | ) | |
| Trans Union LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF ENDLESS RIVER TECHNOLOGIES LLC'S TRIAL BRIEF

**<u>Contents</u>**

(a) Statement of Facts ........................................................................................... 3

(b) Controlling Law .............................................................................................. 6

(c) Proposed Witness List ..................................................................................... 9

(d) Plaintiff's Exhibit Index ................................................................................. 11

(e) Evidentiary Issues Likely to Arise at Trial .................................................... 23

(f) Proposed Voir Dire Questions ........................................................................ 40

(g) Proposed Jury Instructions ............................................................................. 42

### (a) Statement of Facts

Endless River is a small Ohio limited liability company with one full-time employee. Trans Union is a global, publicly traded company, organized under Delaware law, which maintains a principal place of business in Illinois.

Richard Bonitz, Phil Wintering, and Ron Somich—all former Insurance.com executives—formed Endless River in 2009. They formed it to monetize what is now called the Quote Exchange—Mr. Bonitz's novel idea to streamline online, comparative insurance price-quoting for consumers.

The three founders—and especially Mr. Bonitz and Mr. Wintering—had substantial experience in the auto insurance space and spent the next several years developing the concept internally and gauging market interest. Once they finalized the concept and confirmed market interest, Endless River began approaching larger companies (including Trans Union) to pursue joint development efforts to take the Quote Exchange concept to market.

After commencing discussions in early 2013, Endless River and Trans Union entered into a Development Agreement and Contract for Services (the "Agreement") on March 31, 2014. Under the Agreement, Endless River was to provide business, technical, and product design resources while Trans Union promised to fund the Quote Exchange development and secure and maintain the IT and business resources required to bring it to market.

In the Agreement, Trans Union and Endless River agreed that Endless River would have the right to use, possess, market and monetize the Quote Exchange until and unless Trans Union exercised certain buyout rights after the product achieved a specific level of profitability. The parties further agreed that—if Trans Union terminates the Agreement or abandons or substantially

curtails the Quote Exchange—all intellectual property rights (including the source code) shall revert to ERT.

The relationship between Trans Union and Endless River was not a positive one. Testimony from Endless River principals will establish that Trans Union forced them out of the business development and technical processes—despite Endless River's extensive experience in the insurance technology industry and deep relationships with insurance carriers—and that Trans Union botched the implementation of the Quote Exchange. Ultimately, the Quote Exchange went live in 2016, but Trans Union did not secure appropriate carriers on the platform to make it successful.

Then, on October 4, 2017, Trans Union provided 180-day notice to Endless River that it was terminating the Agreement. Later that month, Trans Union sent "stop production" notices to a number of carriers, advising them that they were shutting down the Quote Exchange and that there "will not be any further quoting activity within the platform from this point forward."

Endless River immediately demanded—under the terms of the Agreement—that Trans Union return the Quote Exchange intellectual property, including the Quote Exchange source code, so that Endless River could continue to monetize the Quote Exchange. Rather than turning it over, Trans Union immediately revoked and prevented Endless River's access to its work laptops, work accounts, and all work product for the Quote Exchange by disabling the laptops on which Endless River worked. It then sent Endless River a "termination agreement," requiring payment of millions of dollars before Trans Union would turn over any intellectual property—essentially holding the code hostage.

In addition, Trans Union went to the market (including carriers and third parties that Trans Union knew Endless River had contacted post-termination-notice) and proclaimed: (1) that Trans

Union owned the Quote Exchange; (2) that it was shutting it down; and (3) that there would be no more quoting activity on the Quote Exchange. Indeed, Trans Unions specifically spoke to executives from LeadCloud and ITC to prevent them from partnering with Endless River to bring the Quote Exchange back to market. Trans Union even tried to sell the Quote Exchange source code to LeadCloud despite admittedly not owning it.

On April 24, 2018, Endless River filed this action, asserting claims for breach of contract, conversion, defamation, slander of title, misappropriation of trade secrets, violation of the Illinois Deceptive Trade Practices Act (later amended to assert a claim under the Ohio Deceptive Trade Practices Act), and tortious interference. On February 2, 2022, this Court issued its Opinion and Order on the parties' cross-motions for summary judgment, holding that the Agreement was clear and unambiguous and explicitly provided that the Quote Exchange source code reverted to Endless River's ownership.

Following this Court's ruling, six claims remain: (1) breach of contract; (2) defamation; (3) slander of title; (4) misappropriation of trade secrets under the Defend Trade Secrets Act; (5) violation of the Ohio Deceptive Trade Practices Act; and (6) tortious interference with business expectancy.

**(b) Controlling Law**

I.  **Breach of Contract**

The Agreement is governed by Illinois law. To prevail on a breach of contract claim under

Illinois law, Endless River must establish the following elements:

1.  The existence of a valid and enforceable contract;

2.  Substantial performance on the part of Endless River;

3.  A breach of the contract by Trans Union; and

4.  Injury to Endless River.

*Avila v. CitiMortgage, Inc*., 801 F.3d 777, 786 (7th Cir. 2015)

II.  **Trade Secret Misappropriation**

To prevail on a claim for misappropriation of trade secrets under the Defend Trade Secrets

Act, 18 U.S.C. 18 U.S.C. § 1836 *et seq*., Endless River must establish the following elements:

1.  The existence of a protectable trade secret;

2.  Misappropriation of the trade secret by Trans Union; and

3.  That the trade secret is related to a product or service used in interstate commerce.

18 U.S.C. § 1836(b)(1); *see also Noco Co. v. CTEK, Inc*., No. 1:19 CV 00853, 2020 WL

821485, at *6 (N.D. Ohio Feb. 18, 2020) (Nugent, J.)

Courts consider six factors in determining whether information constitutes a trade secret:

1.  The extent to which the information is publicly known;

2.  The extent to which it is known to those inside the business;

3.  The precautions the holder of the trade secret takes to protect the information;

4.  The value to the holder in having the information;

5.  The amount of time and money expended in obtaining and developing the information; and

6.  The time and expense it would take others to duplicate the information.

*See Handel's Enter's, Inc. v. Schulenburg*, 765 Fed Appx. 117, 122 (6th Cir. 2019); *Noco*, 2020 WL 821485, at *7. Trade secrets include "programs" or "codes." 18 U.S.C. § 1839(3).

Misappropriation is the "disclosure or use of a trade secret of another without express or implied consent by a person who . . . at the time of disclosure or use, knew or had reason to know that the knowledge of the trade secret was . . . acquired under circumstances giving rise to a duty to maintain the secrecy of the trade secret or limit the use of the trade secret." 18 U.S.C. § 1839(5)(B)(ii)(II).

## III. <u>Defamation</u>

To prevail on its defamation claim, Endless River must prove four elements:

1. A false and defamatory statement concerning another;

2. An unprivileged publication to a third party;

3. Fault amounting to at least negligence on the part of Trans Union; and

4. Either actionability of the statement irrespective of special harm or the existence of special harm caused by the publication.

*Kontar v. Am. Geophysical Union*, No. 16-3491, 2017 WL 3402078, at *2 (6th Cir. Jan. 5, 2017).

## IV. <u>Slander of Title</u>

To state a claim for slander of title, Endless River must prove four elements:

1. The publication of a slanderous statement disparaging Endless River's title;

2. The statement was false;

3. The statement was made with malice or made with reckless disregard for its falsity; and

4. The statement caused actual or special damages.

*See Wolfe v. Bank of New York Mellon*, No. 2:14-CV-00366, 2015 WL 12734085, at *8 (S.D. Ohio Mar. 16, 2015) (citing *Green v. Lemarr*, 139 Ohio App.3d 414 (2000)).

## V.   <u>Tortious Interference with Business Expectancy</u>

To prevail on a claim for tortious interference with business expectancy, Endless River must prove four elements:

1. The existence of a prospective business relationship;

2. Trans Union's knowledge thereof;

3. An intentional interference causing a breach or termination of the relationship; and

4. Damages resulting therefrom.

*See First-Knox Nat'l Bank v. MSD Properties, Ltd.*, 47 N.E.3d 490, 494 (Ohio Ct. App. 2015).

## VI.   <u>Ohio Deceptive Trade Practices Act</u>

The Ohio Deceptive Trade Practices Act ("ODTPA"), Ohio Rev. Code Ann. § 4165.01 *et seq.*, provides that a party engages in a deceptive trade practice when the party, among other things: (1) "passes off goods or services as those of another"; (2) "causes likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services"; or (3) "disparages the goods, services, or business of another by false representation of fact." Ohio Rev. Code Ann. § 4165.02(A)(1), (2), (10).

### (c) Proposed Witness List

Endless River will call the following witnesses at trial:

1. **Richard Bonitz:** Mr. Bonitz is a founder of Endless River and serves as its president and managing partner. Endless River has also disclosed Mr. Bonitz as a non-reporting expert pursuant to Federal Rule of Civil Procedure 26(a)(2)(C). Areas of testimony include the Quote Exchange, the parties' development of the Quote Exchange, the market for the Quote Exchange, the manner in which Trans Union's mismanagement led to Quote Exchange's underperformance, Trans Union's failure to turn the Quote Exchange source code over to Endless River, Trans Union's tortious conduct,  and the harm that Trans Union's conduct caused Endless River.

2. **Phil Wintering**: Mr. Wintering is a founder of Endless River. Areas of testimony include the Quote Exchange, the parties' development of the Quote Exchange, the market for the Quote Exchange, the manner in which Trans Union's mismanagement led to Quote Exchange's underperformance, Trans Union's failure to turn the Quote Exchange source code over to Endless River, Trans Union's tortious conduct,  and the harm that Trans Union's conduct caused Endless River.

3. **Ronald Somich:** Mr. Somich is a founder of Endless River. Areas of testimony include the manner in which Trans Union's mismanagement led to Quote Exchange's underperformance and the financial modeling process for Quote Exchange.

4. **Dr. Andrew Malec, Phd**: Dr. Malec is a partner and managing director at O'Keefe, and also serves as the firm's chief economist.  Endless River has disclosed Mr. Bonitz as an expert witness -reporting expert pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Areas of testimony include the damages that Endless River has suffered as a result of TransUnion's conduct.

Endless River may call the following witnesses:

5. **Emily Lebowitz:** Ms. Lebowitz is a Product Manager at Trans Union. Endless River may call Ms. Lebowitz as an adverse witness. Areas of testimony include Trans Union's performance under the parties' agreement, contractual and technological delays in implementing Quote Exchange, and Trans Union's statements to third party market participants following TransUnion's decision to end its involvement with Quote Exchange.

6. **Geoffrey Hakel:** Mr. Hakel is an Executive Vice President at Trans Union. Endless River may call Mr. Hakel as an adverse witness. Areas of testimony include Trans Union's decision to enter into an agreement with Endless River to develop and market Quote Exchange, Trans Union's performance under the parties' agreement, contractual and technological delays in implementing Quote Exchange, Trans Union's refusal to turn over the Quote Exchange source code and other intellectual property to Endless River, and TransUnion's statements to third party market participants following TransUnion's decision to end its involvement with Quote Exchange.

7. **David Drotos:** Mr. Drotos is a former Vice President of Product Development at Trans Union. Endless River may call Mr. Drotos as an adverse witness. Areas of testimony include Trans Union's decision to enter into an agreement with Endless River to develop and market Quote Exchange, Trans Union's performance under the parties' agreement, contractual and technological delays in implementing Quote Exchange, Trans Union's refusal to turn over the Quote Exchange source code and other intellectual property to Endless River, and TransUnion's statements to third party market participants following TransUnion's decision to end its involvement with Quote Exchange.

**(d) Plaintiff's Exhibit Index**

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0001 | ERT0001154 | Bonitz email -- RE: Business Plan Finances - TU2-13.xlsx | 4-Feb-13 |
| ERT_EX-0002 | ERT0001157 | TransUnion01-13.pptx | 4-Feb-13 |
| ERT_EX-0003 | ERT0001216 | Bonitz email -- Thank You - and next steps with Endless River | 7-Mar-13 |
| ERT_EX-0004 | ERT0001217 | Business Plan Finances - TU2-13.xlsx | 7-Mar-13 |
| ERT_EX-0005 | ERT0001222 | OutPerform NDA 1-22-13.pdf | 8-Mar-13 |
| ERT_EX-0006 | ERT0001447 | Bonitz email -- Re: Sync up | 9-Jul-13 |
| ERT_EX-0007 | ERT0012851 | Bonitz email -- Next Steps between TU / ERT | 13-Oct-17 |
| ERT_EX-0008 | ERT0012907 | Bonitz email -- Quote Exchange and next steps | 8-Nov-17 |
| ERT_EX-0009 | ERT0013293 | Bonitz email -- Quote Exchange - next steps | 27-Sep-17 |
| ERT_EX-0010 | ERT0013356 | Bonitz email -- Request for Assignment of Intellectual Property | 26-Mar-18 |
| ERT_EX-0011 | ERT0013357 | Request For Assignment Letter to TU.docx | 26-Mar-18 |
| ERT_EX-0012 | ERT0013438 | Wintering email -- BD Focus | 27-Jul-17 |
| ERT_EX-0013 | ERT0013439 | Copy of Active Carrier Discussion 6-17 v.2.xlsx | 27-Jul-17 |
| ERT_EX-0014 | ERT0013440 | Wintering email -- BD Update | 2-Aug-17 |
| ERT_EX-0015 | ERT0013441 | BD Sales Pipeline_July 2017 v.3.xlsx | 2-Aug-17 |
| ERT_EX-0016 | ERT0013668 | Drotos email -- RE: Laptops and Equipment | 24-Oct-17 |
| ERT_EX-0017 | ERT0000001 | Rixford email -- RE: Catch up on Quote Exchange next steps | 15-Jan-18 |
| ERT_EX-0018 | ERT0000024 | Ocheltree email -- RE: ERT/LC chat | 16-Jan-18 |
| ERT_EX-0019 | ERT0000047 | Bonitz email -- Re: NonDisclosure | 2-Feb-18 |
| ERT_EX-0020 | ERT0000097 | Bonitz email -- Re: Accepted: Continue ERT Discussion | 14-Mar-18 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0021 | ERT0000108 | Ocheltree email -- RE: Accepted: Continue ERT Discussion | 15-Mar-18 |
| ERT_EX-0022 | ERT0000201 | Bonitz email -- Docs for meeting | 27-Sep-18 |
| ERT_EX-0023 | ERT0000202 | ITC September2018.pptx | 27-Sep-18 |
| ERT_EX-0024 | TU0000165 | McElroy email -- RE: Meeting Today.msg | 5-Jul-13 |
| ERT_EX-0025 | TU0000167 | 2013 06 25 Insurance Business Case V7_Clean.docx | 5-Jul-13 |
| ERT_EX-0026 | TU0000189 | Drotos email -- Re: QE.msg | 9-Jul-13 |
| ERT_EX-0027 | TU0000304 | Drotos email -- Docs for Quote Exchange, Digital Marketing Solutions.msg | 12-Jul-13 |
| ERT_EX-0028 | TU0000308 | Marketing VOC_Drotos_070113.docx | 1-Jul-13 |
| ERT_EX-0029 | TU0000311 | Quote Exchange Interview Template 071113.doc | 11-Jul-13 |
| ERT_EX-0030 | TU0000313 | Swinford Email -- RE: Talking Points for Quote Exchange, Digital Marketing.msg | 1-Jul-13 |
| ERT_EX-0031 | TU0000653 | Drotos email -- RE: QE discussion.msg | 21-Aug-13 |
| ERT_EX-0032 | TU0000669 | Hakel email -- Fwd: ERT Justification.msg | 26-Aug-13 |
| ERT_EX-0033 | TU0000672 | QE Tasks and Roles.xlsx | 26-Aug-13 |
| ERT_EX-0034 | TU0000676 | Adams email -- RE: ERT Justification.msg | 26-Aug-13 |
| ERT_EX-0035 | TU0000678 | ERT Partnership Reason_2013-08-26.pptx | 26-Aug-13 |
| ERT_EX-0036 | TU0002499 | Valters email -- Quote Exchange - LOI # 3 Signed.msg | 27-Mar-14 |
| ERT_EX-0037 | TU0006759 | Adams email -- RE: Digital Marketing Solution.msg | 10-Sep-14 |
| ERT_EX-0038 | TU0006760 | Current-Future Digital Marketing Products.pptx | 10-Sep-14 |
| ERT_EX-0039 | TU0007240 | Furlong email -- RE: Quote Exchange Bi-Monthly Leadership Meeting.msg | 10-Sep-14 |
| ERT_EX-0040 | TU0007958 | Coghill email -- RE: QE Targets and Core Update.msg | 29-Sep-14 |
| ERT_EX-0041 | TU0009852 | Wintering email -- RE: QE at PIR.msg | 18-Nov-14 |
| ERT_EX-0042 | TU0010475 | Ake email -- RE: Quote Exchange - Sprint 5 Stand Up Meeting - Daily Status Update.msg | 4-Dec-14 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0043 | TU0010477 | Valters email -- RE: Quote Exchange - Sprint 5 Stand Up Meeting - Daily Status Update.msg | 4-Dec-14 |
| ERT_EX-0044 | TU0012632 | Bonitz email -- RE: Quote Exchange Valid Values - Issues between GT and Business.msg | 20-Jan-15 |
| ERT_EX-0045 | TU0013279 | Lebowitz email -- RE: Quote Exchange Launch Ideas.msg | 4-Feb-15 |
| ERT_EX-0046 | TU0013281 | Quote Exchange Product Launch Plan (DRAFT 1 27 15)_EL Comments.docx | 4-Feb-15 |
| ERT_EX-0047 | TU0013542 | Adams email -- RE: TU quote exchange data availability.msg | 6-Feb-15 |
| ERT_EX-0048 | TU0015280 | Lebowitz email -- RE: Quote Exchange Redline + Supporting Documents.msg | 6-Mar-15 |
| ERT_EX-0049 | TU0015282 | Liberty QE Launch Roadmap_03062015xlsx.xlsx | 6-Mar-15 |
| ERT_EX-0050 | TU0019316 | Hakel email -- Re: Quote exchange.msg | 22-May-15 |
| ERT_EX-0051 | TU0022000 | Adams email -- QE-Leadership-08-19-15_slide15.pptx.msg | 19-Aug-15 |
| ERT_EX-0052 | TU0022001 | QE-Leadership-08-19-15_slide15.pptx | 19-Aug-15 |
| ERT_EX-0053 | TU0022288 | Drotos email -- RE: CEO Review Sept 16th: Quote Exchange.msg | 8-Sep-15 |
| ERT_EX-0054 | TU0022289 | QE update 090815.pptx | 8-Sep-15 |
| ERT_EX-0055 | TU0022762 | Drotos email -- RE: QE Pipeline Touchbase.msg | 30-Sep-15 |
| ERT_EX-0056 | TU0023355 | Valters email -- RE: Concerns with TU delays with QE.msg | 16-Oct-15 |
| ERT_EX-0057 | TU0023778 | Hakel email -- RE: Concerns with TU delays with QE.msg | 2-Nov-15 |
| ERT_EX-0058 | TU0023861 | Lebowitz email -- Re: Concerns with TU delays with QE.msg | 4-Nov-15 |
| ERT_EX-0059 | TU0026640 | Drotos email -- Fwd: Quote Exchange Daily Status Update for Friday, January 15th.msg | 15-Jan-16 |
| ERT_EX-0060 | TU0026653 | Drotos email -- Re: Quote Exchange Daily Status Update for Friday, January 15th.msg | 15-Jan-16 |
| ERT_EX-0061 | TU0026659 | Lebowitz email -- QE will not launch on 1/19.msg | 16-Jan-16 |
| ERT_EX-0062 | TU0031796 | Lipps email -- Re: Quote Exchange Forecast v. Financial Model.msg | 1-Apr-16 |
| ERT_EX-0063 | TU0035419 | McElroy email -- Re: QE Resource Ask final update.msg | 24-May-16 |
| ERT_EX-0064 | TU0036455 | Lebowitz email -- TransUnion Quote Exchange - Information.msg | 3-Jun-16 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0065 | TU0036456 | INS-15-4059 Quote Exchange Asset Sheet (4 11 16) (002).pdf | 3-Jun-16 |
| ERT_EX-0066 | TU0036458 | 05.16.16 - Quote Exchange Press Release.pdf | 3-Jun-16 |
| ERT_EX-0067 | TU0045376 | Lebowitz email -- FW: Updated Financial Model - Quote Exchange.msg | 8-Aug-16 |
| ERT_EX-0068 | TU0045378 | FinModel3.9.xlsx | 8-Aug-16 |
| ERT_EX-0069 | TU0045787 | Lebowitz email -- Why is the QE underperforming in 2016?.msg | 24-Aug-16 |
| ERT_EX-0070 | TU0046163 | Moran email -- TAI-TU Visit October 4 – 6.msg | 7-Sep-16 |
| ERT_EX-0071 | TU0046167 | TransUnion's Quote Exchange AIR.docx | 7-Sep-16 |
| ERT_EX-0072 | TU0047526 | Drotos email -- RE: TU Quote Exchange for Life .msg | 5-Oct-16 |
| ERT_EX-0073 | TU0047527 | INS_QuoteExch_RGA_100516.pptx | 5-Oct-16 |
| ERT_EX-0074 | TU0047543 | ATT33784 | 5-Oct-16 |
| ERT_EX-0075 | TU0047972 | Drotos email -- RE: QE follow-ups.msg | 31-Oct-16 |
| ERT_EX-0076 | TU0048030 | Cohen email -- Re: QE Code Refactoring.msg | 2-Nov-16 |
| ERT_EX-0077 | TU0048041 | Lebowitz email -- RE: Key Risks.msg | 3-Nov-16 |
| ERT_EX-0078 | TU0048935 | Adams email -- RE: QE December Core Team Meeting.msg | 15-Dec-16 |
| ERT_EX-0079 | TU0048936 | QEXCoreTeamMonthly_2016-12.pptx | 15-Dec-16 |
| ERT_EX-0080 | TU0049394 | Drotos email -- GT Capacity Planning for QE .msg | 3-Feb-17 |
| ERT_EX-0081 | TU0049543 | Coghill email -- Quote Exchange.msg | 13-Feb-17 |
| ERT_EX-0082 | TU0049551 | Coghill email -- Quote Exchange 2017 Revenue.msg | 13-Feb-17 |
| ERT_EX-0083 | TU0049749 | Drotos email -- FW: Quote Exchange.msg | 23-Feb-17 |
| ERT_EX-0084 | TU0053661 | Adams email -- Pivot Ideas.msg | 1-Sep-17 |
| ERT_EX-0085 | TU0053662 | QE Pivot Ideas.docx | 1-Sep-17 |
| ERT_EX-0086 | TU0053715 | Drotos email -- RE: Pivot Ideas.msg | 5-Sep-17 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0087 | TU0053716 | QE Pivot Ideas_EL_DD 090517.docx | 5-Sep-17 |
| ERT_EX-0088 | TU0053914 | Adams email -- Pivot Ideas .msg | 8-Sep-17 |
| ERT_EX-0089 | TU0053915 | QE-Pivot Ideas-09-2017.xlsx | 8-Sep-17 |
| ERT_EX-0090 | TU0053916 | QE Pivot Ideas_EL_DD 090517.docx | 8-Sep-17 |
| ERT_EX-0091 | TU0054057 | Adams email -- RE: Pivot Ideas .msg | 13-Sep-17 |
| ERT_EX-0092 | TU0054059 | QE-Pivot Ideas-09-2017.xlsx | 13-Sep-17 |
| ERT_EX-0093 | TU0054182 | Adams email -- Quote Exchange Pivot Ideas.msg | 18-Sep-17 |
| ERT_EX-0094 | TU0054183 | QE Pivot Ideas-091817.docx | 18-Sep-17 |
| ERT_EX-0095 | TU0054615 | Drotos email -- FW: Quote Exchange - one pagers.msg | 25-Oct-17 |
| ERT_EX-0096 | TU0054616 | Quote Exchange_Backpocket slide.pptx | 25-Oct-17 |
| ERT_EX-0097 | TU0054618 | INS-15-4059 Quote Exchange Asset Sheet (4 11 16) (002).pdf | 25-Oct-17 |
| ERT_EX-0098 | TU0054620 | Drotos email -- RE: Quote Exchange (Bi-Weekly).msg | 27-Oct-17 |
| ERT_EX-0099 | TU0054633 | Drotos email -- RE: Plan B options.msg | 8-Nov-17 |
| ERT_EX-0100 | TU0054634 | QE Pivot Ideas-091817.docx | 8-Nov-17 |
| ERT_EX-0101 | TU0054699 | Drotos email -- Re: Quote Exchange Discussion .msg | 17-Apr-18 |
| ERT_EX-0102 | TU0057219 | Reynolds email -- FW: Quote_Exchange Draft - Clean 6-10.docx.msg | 30-Jun-13 |
| ERT_EX-0103 | TU0063073 | Drotos email -- Quote Exchange.msg | 5-Aug-13 |
| ERT_EX-0104 | TU0064973 | Lipps email -- RE: Marketing VOC's.msg | 16-Aug-13 |
| ERT_EX-0105 | TU0069048 | Bonitz email -- Re: projections.msg | 4-Oct-13 |
| ERT_EX-0106 | TU0069409 | McElroy email -- RE: QE.msg | 14-Oct-13 |
| ERT_EX-0107 | TU0070731 | NDA for Phil.pdf | 29-Oct-13 |
| ERT_EX-0108 | TU0073976 | Drotos email -- RE: Agreement.msg | 9-Dec-13 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0109 | TU0078020 | Safe Auto MNDA 01092014.pdf | 27-Jan-14 |
| ERT_EX-0110 | TU0103446 | Permanent General-NDA.PDF | 6-Aug-14 |
| ERT_EX-0111 | TU0115729 | AmFam NDA 10.8.12.pdf | 29-Sep-14 |
| ERT_EX-0112 | TU0122647 | TU NDA2.pdf | 13-Nov-14 |
| ERT_EX-0113 | TU0126423 | TRAVELERS NDA AMENDMENT #1 - 10012013 TERM EXT - MUTUAL NON-DISCLOSURE A....pdf | 15-Dec-14 |
| ERT_EX-0114 | TU0133892 | Sentry signed TransUnionNDA addendum.pdf | 5-Feb-15 |
| ERT_EX-0115 | TU0143439 | American Independent_Quote Exchange Addendum 31315.pdf | 13-Mar-15 |
| ERT_EX-0116 | TU0143577 | Drotos email -- RE: QE Revenue Walk Slide.msg | 13-Mar-15 |
| ERT_EX-0117 | TU0143854 | Moran email -- RGAx - Deeper Strategic Alliance Relationship.msg | 16-Mar-15 |
| ERT_EX-0118 | TU0143859 | RGA Org Charts 3.16.15.pdf | 16-Mar-15 |
| ERT_EX-0119 | TU0152373 | Moran email -- RGAx - Deeper Strategic Alliance Relationship - May 5th Final Agenda.msg | 29-Apr-15 |
| ERT_EX-0120 | TU0162721 | VikingSentry Insurance_QE Addendum.pdf | 5-Jun-15 |
| ERT_EX-0121 | TU0170251 | ITC_NDA with 3rd Party Rights 70915.pdf | 17-Jul-15 |
| ERT_EX-0122 | TU0176559 | Insurance Portal Services LLC DBA Fetch_MNDA 2015.pdf | 25-Aug-15 |
| ERT_EX-0123 | TU0181270 | PERMANENT GENERAL_QE Addendum with 3rd Party Platform Amendment_Fully Executed_09252015.pdf | 25-Sep-15 |
| ERT_EX-0124 | TU0183629 | Travelers NDA 9-19-12.pdf | 19-Oct-15 |
| ERT_EX-0125 | TU0184555 | Direct General Insurance Agency_QE Addendum.pdf | 29-Oct-15 |
| ERT_EX-0126 | TU0184571 | Direct General_Contract.pdf | 29-Oct-15 |
| ERT_EX-0127 | TU0193854 | Adams email -- RE: Quote Exchange Billing & Accounting - Final Prep Meeting.msg | 13-Jan-16 |
| ERT_EX-0128 | TU0193858 | Liberty Mutual_TU Quote Exchange_06-10-15_EXECUTED.pdf | 13-Jan-16 |
| ERT_EX-0129 | TU0193878 | VikingSentry Insurance_QE Addendum_EXECUTED.pdf | 13-Jan-16 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0130 | TU0193891 | Direct General Insurance Agency_QE Addendum.pdf | 13-Jan-16 |
| ERT_EX-0131 | TU0193907 | DHI-QE_SOW_2015.pdf | 13-Jan-16 |
| ERT_EX-0132 | TU0199543 | Jupiter Managing General Agency Inc_QE Addendum_Executed.pdf | 12-Feb-16 |
| ERT_EX-0133 | TU0200066 | Lebowitz email -- State Rollout Plan as of 01252016.xlsx.msg | 16-Feb-16 |
| ERT_EX-0134 | TU0200067 | State Rollout Plan as of 01252016.xlsx | 16-Feb-16 |
| ERT_EX-0135 | TU0203868 | TransUnion Quote Exchange NDA 3-2016.pdf | 4-Mar-16 |
| ERT_EX-0136 | TU0210893 | McElroy email -- Updated Life Business Plan (MORE PROCESS).msg | 4-Apr-16 |
| ERT_EX-0137 | TU0216491 | Lebowitz email -- FW: Financial Model Scenario.msg | 5-May-16 |
| ERT_EX-0138 | TU0216492 | FinModel3.85lowres.xlsx | 5-May-16 |
| ERT_EX-0139 | TU0219824 | LIBERTY MUTUAL_Amendment to QE Addendum-executed_05-26-16.pdf | 26-May-16 |
| ERT_EX-0140 | TU0222099 | Transunion Quote Exchange Agreement_20160610.pdf | 10-Jun-16 |
| ERT_EX-0141 | TU0240670 | Drotos email -- RE: Quote Exchange Meeting on Oct 5 - Confirmed (SRO).msg | 21-Sep-16 |
| ERT_EX-0142 | TU0249456 | TransUnion - Quote Exchange Addendum to MSA 051316 CLEAN - Mercury FINAL Signe .pdf | 14-Nov-16 |
| ERT_EX-0143 | TU0254335 | McElroy email -- Re: QEX: Permanent General is Live in TX & TN!.msg | 16-Jan-17 |
| ERT_EX-0144 | TU0256894 | Transunion Agreement 2.10.17.pdf | 10-Feb-17 |
| ERT_EX-0145 | TU0260065 | Safe Auto_Quote Exchange Addendum-signed.pdf | 24-Feb-17 |
| ERT_EX-0146 | TU0263411 | MGA (Gainsco)_Quote Exchange Addendum-signed.pdf | 4-Apr-17 |
| ERT_EX-0147 | TU0270311 | Adams email -- RE: ERT.msg | 30-May-17 |
| ERT_EX-0148 | TU0274464 | Windhaven QE Addendum 6-28-17.pdf | 28-Jun-17 |
| ERT_EX-0149 | TU0276646 | Sundaram email -- RE: QEX Platform Technical Errors.msg | 19-Jul-17 |
| ERT_EX-0150 | TU0281387 | Hallmark QE Services Addendum signed.pdf | 31-Aug-17 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0151 | TU0283307 | Burns email -- FW: Amica - Life.msg | 14-Sep-17 |
| ERT_EX-0152 | TU0284430 | Drotos email -- QE Next Steps.msg | 25-Sep-17 |
| ERT_EX-0153 | TU0284431 | QE Exit 092117.docx | 25-Sep-17 |
| ERT_EX-0154 | TU0284435 | Lebowitz email -- FW: Liberty Mutual - QE.msg | 25-Sep-17 |
| ERT_EX-0155 | TU0284873 | Hakel email -- FW: Notice of Termination.msg | 6-Oct-17 |
| ERT_EX-0156 | TU0285010 | Hart email -- RE: Hello again.msg | 9-Oct-17 |
| ERT_EX-0157 | TU0285245 | Adams email -- RE: Growth & Operating Initiatives (CEO Staff Mtg) Slides [DUE: 10/16/17].msg | 13-Oct-17 |
| ERT_EX-0158 | TU0285603 | Kimble email -- Re: TransUnion Quote Exchange - Update.msg | 23-Oct-17 |
| ERT_EX-0159 | TU0286427 | Drotos email -- RE: Plan B options.msg | 8-Nov-17 |
| ERT_EX-0160 | TU0286429 | QE Options Oct 17 LOB.pptx | 8-Nov-17 |
| ERT_EX-0161 | TU0286430 | Hakel email -- QE Plan B Options for LOB deck .msg | 8-Nov-17 |
| ERT_EX-0162 | TU0286431 | QE Options Oct 17 LOB (002).pptx | 8-Nov-17 |
| ERT_EX-0163 | TU0288422 | Drotos email -- RE: The LeadCloud Marketplace & Directory.msg | 2-Feb-18 |
| ERT_EX-0164 | TU0288959 | Hakel email -- RE: ERT / Leadcloud.msg | 9-Mar-18 |
| ERT_EX-0165 | TU0289058 | Moran email -- Amica Activity.msg | 5-Apr-18 |
| ERT_EX-0166 | TU0289094 | Drotos email -- Life GTM Review continued.msg | 9-Apr-18 |
| ERT_EX-0167 | TU0289095 | TRL GTM (1.17.18)_v5.pptx | 9-Apr-18 |
| ERT_EX-0168 | TU0290003 | Moran email -- RE: CEO Review Sept 16th: Quote Exchange - Update Needed NOON 09/08.msg | 4-Sep-15 |
| ERT_EX-0169 | ITC000001 | ITC_NDA with 3rd Party Rights 70915.pdf | 9-Jul-15 |
| ERT_EX-0170 | ITC000020 | Rixford email -- 20180115112334,Laird Rixford LRixford@getitc.com,Richard Bonitz rbonitz@gmail.com, Phil Wintering phil@outperformassociates.com_12.eml | 15-Jan-18 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0171 | TU0295747 | LeadCloud NDA 12.1.14.pdf | 4-Dec-14 |
| ERT_EX-0172 | TU0295759 | Liberty Mutual_Quote Exchange Development MNDA Addendum 11-6-14.pdf | 9-Dec-14 |
| ERT_EX-0173 | TU0297908 | Quote Exchange Addendum_Sun Coast_Signed .pdf | 14-Aug-17 |
| ERT_EX-0174 | TU0303514 | Infinity MNDA_Executed 060614.doc.pdf | 9-Jun-14 |
| ERT_EX-0175 | TU0305937 | TU QE and Direct General Contract.pdf | 23-Oct-15 |
| ERT_EX-0176 | TU0306053 | TU-Travelers Mutual NDA - CW2324879 - Final - 1-5-16.pdf | 6-Jan-16 |
| ERT_EX-0177 | TU0328537 | Moran email -- FW: RGAx - Deeper Strategic Alliance Relationship.msg | 22-Mar-15 |
| ERT_EX-0178 | TU0332937 | Microsoft Word Document | 11-Aug-15 |
| ERT_EX-0179 | N/A | Kirkland & Ellis Letter | 14-Jul-22 |
| ERT_EX-0180 | N/A | Kirkland & Ellis Letter | 19-Jul-22 |
| ERT_EX-0181 | N/A | The Quote Exchange source code | - |
| ERT_EX-0182 | ERT0001135 | Wintering email - FW: Recap | 17-Jan-13 |
| ERT_EX-0183 | ERT0001137 | Mutual NDA Nov 2012.docx | 17-Jan-13 |
| ERT_EX-0184 | ERT0013212 | Bonitz email - FW: Notice of Termination | 4-Oct-17 |
| ERT_EX-0185 | ERT0013213 | ERT Development Agreement and Contract for Services Termination Letter 10-04-17 (2) CLEAN.docx | 4-Oct-17 |
| ERT_EX-0186 | TU0001276 | Drotos email - RE: Invitation: TransUnion's Quote Exchange and Consumer Digital Marketing Solutions (Oct 28 09:00 AM PDT in Farmers Insurance).msg | 27-Oct-13 |
| ERT_EX-0187 | TU0001278 | Farmers_Quote Exchange VOC_2013-10-27.pdf | 27-Oct-13 |
| ERT_EX-0188 | TU0001287 | Quote_Exchange_Model_Calculator_093013.xlsx | 27-Oct-13 |
| ERT_EX-0189 | TU0017274 | Brooks email - Quote Exchange - BD / Sales Updates.msg | 13-Apr-15 |
| ERT_EX-0190 | TU0017275 | Quote Exchange Weekly BD Update_4_13_2015.xls | 13-Apr-15 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0191 | TU0022601 | Lebowitz email - QE Update for DHI_09222015.pptx.msg | 21-Sep-15 |
| ERT_EX-0192 | TU0022602 | QE Update for DHI_09222015.pptx | 21-Sep-15 |
| ERT_EX-0193 | TU0036401 | QE_CEOUpdate_053116PM_EL edits.pptx | 31-May-16 |
| ERT_EX-0194 | TU0054252 | Lebowitz email - QE BD Tracking as of 9/7/17.msg | 19-Sep-17 |
| ERT_EX-0195 | TU0054253 | BD Sales Pipeline_09072017v2.xlsx | 19-Sep-17 |
| ERT_EX-0196 | TU0055179 | Hakel email - FW: Endless River   (RE: meeting tomorrow ...).msg | 12-Feb-13 |
| ERT_EX-0197 | TU0055182 | TransUnion2-13v2.pptx | 12-Feb-13 |
| ERT_EX-0198 | TU0055202 | NOFILENAME007.xlsx | 12-Feb-13 |
| ERT_EX-0199 | TU0055203 | Ask.docx | 12-Feb-13 |
| ERT_EX-0200 | TU0218945 | Lebowitz email - ERT agreements.msg | 23-May-16 |
| ERT_EX-0201 | TU0218946 | ERT Development Agreement EXECUTED 3.31.14.pdf | 23-May-16 |
| ERT_EX-0202 | TU0218954 | ERT_Amendment No 2 to Devlelopment Agreement 8.25.14 EXECUTED.pdf | 23-May-16 |
| ERT_EX-0203 | TU0274472 | Lebowitz email - RE: Insurance Zebra Meeting.msg | 28-Jun-17 |
| ERT_EX-0204 | TU0274476 | The_Zebra_-_MNDA signed.pdf | 28-Jun-17 |
| ERT_EX-0205 | TU0275942 | Lebowitz email - BD Status Update - NEW FORMAT.msg | 12-Jul-17 |
| ERT_EX-0206 | TU0275943 | BD Sales Pipeline_July 2017.xlsx | 12-Jul-17 |
| ERT_EX-0207 | TU0276609 | Wintering email - RE: BD Status Update - NEW FORMAT.msg | 17-Jul-17 |
| ERT_EX-0208 | TU0276611 | BD Sales Pipeline_July 2017 v.2.xlsx | 17-Jul-17 |
| ERT_EX-0209 | TU0278761 | Lebowitz email - FW: BD Update.msg | 3-Aug-17 |
| ERT_EX-0210 | TU0278762 | BD Sales Pipeline_July 2017 v.3.xlsx | 3-Aug-17 |
| ERT_EX-0211 | TU0281871 | Wintering email - RE: Biz Dev Slide for LOB.msg | 6-Sep-17 |
| ERT_EX-0212 | TU0281873 | BD Sales Pipeline_Sept 2017 v.3.xlsx | 6-Sep-17 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0213 | TU0088877 | Drotos email - FW: FW: Letter of Intent - PRNJ [ ref:_00D301KbX._500a0ht3bJ:ref ].msg | 25-Apr-14 |
| ERT_EX-0214 | TU0088879 | Plymouth Rock-LOI Quote Exchange 4.25.14.pdf | 25-Apr-14 |
| ERT_EX-0215 | TU0088713 | FW: LOI.msg | 23-Apr-14 |
| ERT_EX-0216 | TU0088714 | LOI.pdf | 23-Apr-14 |
| ERT_EX-0217 | TU0075091 | Quote Exchange - Fully executed Letter of Intent.msg | 23-Dec-2013 |
| ERT_EX-0218 | TU0075092 | Liberty LOI 12.20.13.PDF | 23-Dec-2013 |
| ERT_EX-0219 | TU0072677 | FW: Quote Exchange Documents.msg | 21-Nov-2013 |
| ERT_EX-0220 | TU0072684 | TU LOI 11-21-13.pdf | 21-Nov-2013 |
| ERT_EX-0221 | TU0285596 | Lebowitz email - TransUnion Quote Exchange-Update.msg | 23-Oct-17 |
| ERT_EX-0222 | ERT0000002 | Ocheltree email - RE: Quote Exchange next steps | 15-Jan-18 |
| ERT_EX-0223 | N/A | Trans Union, LLC's Objections and Answers to Endless River Technologies, LLC's First Set of Interrogatories | 3-Apr-19 |
| ERT_EX-0224 | N/A | Trans Union, LLC's Supplemental Objections and Answers to Endless River Technologies, LLC's First Set of Interrogatories | 17-Jan-20 |
| ERT_EX-0225 | TU0285581 | Lebowitz email - Final notice to QE quoting carriers.msg | 23-Oct-17 |
| ERT_EX-0226 | TU0285582 | Final email to quoting carriers.docx | 23-Oct-17 |
| ERT_EX-0227 | TU0285583 | Drotos email RE: Final notice to QE quoting carriers.msg | 23-Oct-17 |
| ERT_EX-0228 | TU0285589 | Lebowitz email - TransUnion Quote Exchange - update.msg | 23-Oct-17 |
| ERT_EX-0229 | TU0285590 | Lebowitz email - TransUnion Quote Exchange - update.msg | 23-Oct-17 |
| ERT_EX-0230 | TU0285591 | Lebowitz email - Quote Exchange - Update.msg | 23-Oct-17 |
| ERT_EX-0231 | TU0285592 | Lebowitz email - TransUnion Quote Exchange - Update .msg | 23-Oct-17 |
| ERT_EX-0232 | TU0285593 | Lebowitz email - TransUnion Quote Exchange Update .msg | 23-Oct-17 |
| ERT_EX-0233 | TU0285594 | Lebowitz email - TransUnion Quote Exchange - update.msg | 23-Oct-17 |

| Trial Ex. No. | Bates | Description | Date |
|---|---|---|---|
| ERT_EX-0234 | TU0285650 | Adams email - FW: TransUnion Quote Exchange - Update.msg | 24-Oct-17 |

### (e) Evidentiary Issues Likely to Arise at Trial

Endless River has described the evidentiary issues likely to arise at trial in its motions in limine (ECF Nos. 221 – 229) and its objections to Trans Union's list of proposed trial exhibits, as set forth below:

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0001 | ERT0000591 | FRE 401 – Relevance |
| TU_EX-0001 | ERT0000592 | FRE 401 – Relevance |
| TU_EX-0002 | ERT0000630 | FRE 401 - Relevance; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0002 | ERT0000631 | FRE 401 - Relevance; FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0003 | ERT0000634 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0003 | ERT0000636 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0004 | ERT0000706 | |
| TU_EX-0004 | ERT0000707 | |
| TU_EX-0005 | TU0055156 | |
| TU_EX-0006 | TU0055092 | |
| TU_EX-0006 | TU0055093 | |
| TU_EX-0007 | ERT0001144 | |
| TU_EX-0008 | TU0055150 | |
| TU_EX-0008 | TU0055152 | |
| TU_EX-0009 | TU0055153 | |
| TU_EX-0009 | TU0055156 | |
| TU_EX-0010 | ERT0001152 | |
| TU_EX-0011 | ERT0001183 | |
| TU_EX-0012 | | |
| TU_EX-0013 | TU0055204 | |
| TU_EX-0013 | TU0055205 | |
| TU_EX-0014 | TU0055391 | |
| TU_EX-0014 | TU0055392 | |
| TU_EX-0015 | TU0056362 | FRE 802 – Hearsay |
| TU_EX-0015 | TU0056364 | FRE 802 – Hearsay |
| TU_EX-0015 | TU0056384 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0016 | TU0059777 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0016 | TU0059798 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0017 | TU0064587 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0017 | TU0064589 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0017 | TU0064607 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0018 | TU0065317 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0018 | TU0065318 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0019 | TU0069048 | |
| TU_EX-0020 | TU0071860 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0020 | TU0071861 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0021 | TU0001858 | FRE 802 – Hearsay |
| TU_EX-0021 | TU0001859 | FRE 802 – Hearsay |
| TU_EX-0022 | ERT0000323 | |
| TU_EX-0022 | ERT0000326 | |
| TU_EX-0022 | ERT0000374 | |
| TU_EX-0022 | ERT0000389 | |
| TU_EX-0023 | TU0002536 | FRE 802 – Hearsay |
| TU_EX-0023 | TU0002537 | FRE 802 – Hearsay |
| TU_EX-0024 | TU0083771 | FRE 802 – Hearsay |
| TU_EX-0025 | TU0083775 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0026 | TU0086343 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0026 | TU0086345 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0027 | TU0086777 | FRE 802 – Hearsay |
| TU_EX-0027 | TU0086779 | |
| TU_EX-0028 | TU0002977 | |
| TU_EX-0028 | TU0002978 | FRE 802 – Hearsay |
| TU_EX-0029 | TU0088952 | |
| TU_EX-0030 | TU0088981 | |
| TU_EX-0031 | TU0089398 | |
| TU_EX-0031 | TU0089400 | |
| TU_EX-0032 | TU0093972 | FRE 802 – Hearsay |
| TU_EX-0033 | TU0095321 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095322 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095343 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095345 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095348 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095351 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095354 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0033 | TU0095357 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0034 | TU0095762 | FRE 802 – Hearsay |
| TU_EX-0035 | TU0004457 | FRE 802 – Hearsay |
| TU_EX-0035 | TU0004458 | FRE 602 - Foundation; FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0035 | TU0004459 | FRE 802 - Hearsay; |
| TU_EX-0035 | TU0004461 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0035 | TU0004462 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0036 | TU0097162 | FRE 802 – Hearsay |
| TU_EX-0036 | TU0097163 | |
| TU_EX-0037 | TU0004927 | FRE 802 – Hearsay |
| TU_EX-0038 | TU0004962 | FRE 802 – Hearsay |
| TU_EX-0039 | TU0102132 | FRE 802 – Hearsay |
| TU_EX-0039 | TU0102133 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0040 | TU0006275 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0040 | TU0006276 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0041 | TU0006656 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0041 | TU0006657 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0042 | TU0006750 | FRE 802 – Hearsay |
| TU_EX-0043 | TU0006759 | FRE 802 – Hearsay |
| TU_EX-0043 | TU0006760 | FRE 802 – Hearsay |
| TU_EX-0044 | | Document not found |
| TU_EX-0045 | ERT0001666 | |
| TU_EX-0046 | TU0123424 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0046 | TU0123425 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0046 | TU0123427 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0046 | TU0123429 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0047 | ERT0001754 | FRE 401 - Relevance |
| TU_EX-0048 | TU0126558 | |
| TU_EX-0048 | TU0126559 | |
| TU_EX-0049 | ERT0001824 | |
| TU_EX-0049 | ERT0001828 | FRE 802 – Hearsay |
| TU_EX-0050 | TU0127925 | FRE 802 – Hearsay |
| TU_EX-0050 | TU0127928 | FRE 802 – Hearsay |
| TU_EX-0051 | ERT0001805 | |
| TU_EX-0052 | TU0129742 | FRE 802 – Hearsay |
| TU_EX-0053 | TU0130755 | |
| TU_EX-0053 | TU0130757 | |
| TU_EX-0054 | TU0012632 | FRE 802 – Hearsay |
| TU_EX-0055 | | FRE 802 – Hearsay |
| TU_EX-0056 | TU0131221 | FRE 802 – Hearsay |
| TU_EX-0057 | TU0013073 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0057 | TU0013074 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0058 | TU0135069 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0058 | TU0135070 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0059 | TU0014542 | FRE 802 – Hearsay |
| TU_EX-0060 | TU0014640 | FRE 802 – Hearsay |
| TU_EX-0060 | TU0014641 | FRE 802 – Hearsay |
| TU_EX-0061 | TU0015410 | |
| TU_EX-0061 | TU0015413 | |
| TU_EX-0061 | TU0015415 | |
| TU_EX-0062 | | FRE 802 – Hearsay |
| TU_EX-0063 | ERT0001897 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0064 | TU0146295 | FRE 802 – Hearsay |
| TU_EX-0064 | TU0146296 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0065 | ERT0001973 | |
| TU_EX-0065 | ERT0001974 | |
| TU_EX-0066 | ERT0002095 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0067 | ERT0002097 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0068 | ERT0002111 | |
| TU_EX-0069 | TU0019495 | FRE 802 – Hearsay |
| TU_EX-0070 | TU0019517 | FRE 802 – Hearsay |
| TU_EX-0071 | TU0019585 | |
| TU_EX-0071 | TU0019588 | |
| TU_EX-0072 | TU0019533 | |
| TU_EX-0073 | TU0019599 | FRE 401 - Relevance; Motion in Limine; FRE 802 - Hearsay |
| TU_EX-0074 | ERT0002163 | |
| TU_EX-0075 | ERT0002182 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0076 | TU0020140 | FRE 802 - Hearsay; |
| TU_EX-0076 | TU0020141 | FRE 602 - Foundation; FRE 802 - Hearsay; |
| TU_EX-0077 | ERT0002344 | |
| TU_EX-0077 | ERT0002345 | |
| TU_EX-0078 | ERT0002349 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0079 | TU0173589 | FRE 802 – Hearsay |
| TU_EX-0080 | TU0177592 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0081 | ERT0002452 | FRE 401 - Relevance |
| TU_EX-0082 | TU0177841 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0083 | TU0022626 | FRE 802 – Hearsay |
| TU_EX-0083 | TU0022627 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0084 | TU0022727 | FRE 802 – Hearsay |
| TU_EX-0084 | TU0022729 | FRE 802 – Hearsay |
| TU_EX-0084 | TU0022731 | FRE 802 – Hearsay |
| TU_EX-0085 | TU0022729 | FRE 802 – Hearsay |
| TU_EX-0086 | TU0022770 | FRE 802 - Hearsay |
| TU_EX-0086 | TU0022772 | FRE 802 - Hearsay |
| TU_EX-0086 | TU0022778 | FRE 802 – Hearsay |
| TU_EX-0087 | TU0022788 | FRE 802 – Hearsay |
| TU_EX-0087 | TU0022789 | FRE 802 – Hearsay |
| TU_EX-0088 | TU0022872 | FRE 802 – Hearsay |
| TU_EX-0089 | TU0022874 | FRE 802 – Hearsay |
| TU_EX-0090 | TU0023896 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0091 | TU0188341 | |
| TU_EX-0091 | TU0188342 | |
| TU_EX-0091 | TU0188343 | |
| TU_EX-0092 | TU0189265 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0092 | TU0189266 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0093 | | FRE 802 – Hearsay |
| TU_EX-0094 | TU0196297 | FRE 802 – Hearsay |
| TU_EX-0094 | TU0196298 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0095 | TU0311481 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0096 | TU0027850 | FRE 802 – Hearsay |
| TU_EX-0096 | TU0027851 | FRE 802 – Hearsay |
| TU_EX-0097 | TU0200510 | FRE 802 – Hearsay |
| TU_EX-0097 | TU0200511 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0098 | TU0202355 | FRE 802 – Hearsay |
| TU_EX-0098 | TU0202356 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0099 | TU0204840 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0100 | TU0033225 | FRE 802 - Hearsay |
| TU_EX-0100 | TU0033226 | FRE 802 - Hearsay |
| TU_EX-0101 | TU0216150 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0102 | TU0217072 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0103 | | FRE 401 - Relevance; FRE 403 - Prejudice |
| TU_EX-0104 | | FRE 401 - Relevance; FRE 403 - Prejudice |
| TU_EX-0105 | | FRE 401 - Relevance; FRE 403 - Prejudice |
| TU_EX-0106 | ERT0003464 | |
| TU_EX-0107 | TU0218945 | FRE 802 – Hearsay |
| TU_EX-0107 | TU0218946 | |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0107 | TU0218954 | |
| TU_EX-0108 | TU0036625 | FRE 802 – Hearsay |
| TU_EX-0108 | TU0036626 | FRE 802 – Hearsay |
| TU_EX-0108 | TU0036630 | FRE 802 – Hearsay |
| TU_EX-0109 | TU0221360 | FRE 802 – Hearsay |
| TU_EX-0110 | TU0227894 | |
| TU_EX-0110 | TU0227895 | |
| TU_EX-0111 | TU0231345 | FRE 802 - Hearsay |
| TU_EX-0112 | TU0045379 | FRE 802 - Hearsay |
| TU_EX-0113 | TU0234840 | FRE 802 – Hearsay |
| TU_EX-0114 | TU0235807 | FRE 802 – Hearsay |
| TU_EX-0114 | TU0235809 | |
| TU_EX-0115 | TU0237715 | |
| TU_EX-0116 | ERT0004343 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0117 | TU0240487 | FRE 802 – Hearsay |
| TU_EX-0118 | TU0241670 | |
| TU_EX-0118 | TU0241671 | |
| TU_EX-0119 | | FRE 401 - Relevance; FRE 403 - Prejudice |
| TU_EX-0120 | ERT0014106 | |
| TU_EX-0121 | ERT0006919 | |
| TU_EX-0122 | TU0254331 | FRE 802 – Hearsay |
| TU_EX-0123 | TU0259556 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0123 | TU0259558 | |
| TU_EX-0124 | ERT0008127 | |
| TU_EX-0125 | ERT0008534 | FRE 802 – Hearsay |
| TU_EX-0126 | TU0261552 | FRE 802 – Hearsay |
| TU_EX-0127 | TU0261560 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0128 | TU0261564 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0129 | TU0261964 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0129 | TU0261965 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0130 | ERT0008625 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0131 | ERT0008850 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0132 | TU0263164 | FRE 802 - Hearsay |
| TU_EX-0132 | TU0263165 | FRE 802 - Hearsay |
| TU_EX-0132 | TU0263166 | FRE 802 - Hearsay |
| TU_EX-0133 | TU0263392 | FRE 802 – Hearsay |
| TU_EX-0134 | TU0263401 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0135 | TU0263578 | FRE 802 – Hearsay |
| TU_EX-0136 | TU0263613 | FRE 802 - Hearsay |
| TU_EX-0137 | TU0264632 | FRE 802 – Hearsay |
| TU_EX-0138 | ERT0009511 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0138 | ERT0009513 | |
| TU_EX-0139 | TU0265450 | FRE 802 – Hearsay |
| TU_EX-0140 | ERT0009849 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0141 | ERT0009907 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0142 | ERT0009914 | FRE 802 – Hearsay |
| TU_EX-0143 | ERT0009940 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0144 | TU0269069 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0144 | TU0269071 | |
| TU_EX-0144 | TU0269086 | |
| TU_EX-0145 | | FRE 401 - Relevance; FRE 403 - Prejudice; Motion in Limine |
| TU_EX-0146 | ERT0010836 | |
| TU_EX-0146 | ERT0010837 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0147 | ERT0010841 | FRE 403 - Prejudice; FRE 401 - Relevance |
| TU_EX-0148 | ERT0010845 | FRE 403 - Prejudice; FRE 401 - Relevance |
| TU_EX-0149 | TU0273494 | FRE 401 - Relevance; FRE 408 - Settlement Communications |
| TU_EX-0150 | ERT0011594 | |
| TU_EX-0150 | ERT0011595 | |
| TU_EX-0151 | ERT0011813 | |
| TU_EX-0151 | ERT0011814 | FRE 802 - Hearsay |
| TU_EX-0152 | TU0277632 | FRE 802 – Hearsay |
| TU_EX-0152 | TU0277634 | FRE 802 - Hearsay |
| TU_EX-0153 | TU0277982 | |
| TU_EX-0153 | TU0277983 | |
| TU_EX-0154 | TU0315055 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0155 | TU0279950 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0155 | TU0279954 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0155 | TU0279970 | FRE 602 - Foundation; FRE 802 - Hearsay |
| TU_EX-0156 | TU0280466 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0156 | TU0280470 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0157 | TU0281888 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0157 | TU0281890 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0157 | TU0281892 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0158 | TU0281651 | FRE 802 - Hearsay; |
| TU_EX-0159 | TU0282818 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0159 | TU0282822 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0160 | TU0282833 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0161 | TU0284002 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0161 | TU0284007 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0162 | TU0284434 | FRE 802 – Hearsay |
| TU_EX-0163 | ERT0013293 | |
| TU_EX-0164 | ERT0012714 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0165 | ERT0012726 | FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012747 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0166 | ERT0012748 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012749 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012750 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012751 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012752 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012753 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012754 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012755 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012756 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0166 | ERT0012757 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012758 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012759 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012760 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0166 | ERT0012761 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012762 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0167 | ERT0012763 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012776 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012777 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012778 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012784 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012785 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012786 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012787 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0167 | ERT0012789 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0167 | ERT0012790 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0168 | | |
| TU_EX-0169 | ERT0012792 | |
| TU_EX-0169 | ERT0012793 | |
| TU_EX-0170 | ERT0012795 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0170 | ERT0012796 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012799 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012800 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012801 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012802 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012803 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012804 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012811 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012821 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0170 | ERT0012841 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0171 | TU0285161 | FRE 802 – Hearsay |
| TU_EX-0171 | TU0285163 | |
| TU_EX-0172 | ERT0012848 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0173 | ERT0013344 | FRE 802 – Hearsay |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0174 | ERT0012851 | |
| TU_EX-0175 | TU0054578 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0176 | TU0285583 | FRE 802 – Hearsay |
| TU_EX-0177 | TU0285596 | |
| TU_EX-0178 | TU0285650 | |
| TU_EX-0179 | TU0054601 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 802 – Hearsay |
| TU_EX-0180 | ERT0012886 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0180 | ERT0012887 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; FRE 602 - Foundation; FRE 802 - Hearsay; Motion in Limine |
| TU_EX-0181 | ERT0013378 | |
| TU_EX-0182 | ERT0000742 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0182 | ERT0000743 | FRE 403 - Prejudice; FRE 401 – Relevance |
| TU_EX-0183 | ERT0012953 | |
| TU_EX-0184 | ITC000019 | |
| TU_EX-0185 | | |
| TU_EX-0186 | TU0287973 | |
| TU_EX-0187 | ERT0000034 | |
| TU_EX-0188 | ERT0013261 | FRE 408 - Settlement Communications |
| TU_EX-0188 | ERT0013262 | FRE 408 - Settlement Communications |
| TU_EX-0189 | ERT0013050 | FRE 502 – Privilege |
| TU_EX-0189 | ERT0013051 | FRE 502 – Privilege |
| TU_EX-0190 | ERT0013061 | FRE 401 - Relevance; FRE 502 – Privilege |
| TU_EX-0191 | ERT0013196 | FRE 408 - Settlement Communications |
| TU_EX-0191 | ERT0013197 | FRE 408 - Settlement Communications |
| TU_EX-0192 | TU0288803 | FRE 401 - Relevance; FRE 408 - Settlement Communications; |
| TU_EX-0192 | TU0288804 | FRE 401 - Relevance; FRE 408 - Settlement Communications; |
| TU_EX-0193 | ERT0013288 | FRE 408 - Settlement Communications |
| TU_EX-0193 | ERT0013289 | FRE 408 - Settlement Communications |
| TU_EX-0194 | ERT0013346 | FRE 408 - Settlement Communications |
| TU_EX-0194 | ERT0013347 | FRE 408 - Settlement Communications |
| TU_EX-0195 | ITC000112 | |
| TU_EX-0196 | ERT0000170 | |
| TU_EX-0197 | ERT0000201 | |
| TU_EX-0197 | ERT0000202 | |
| TU_EX-0198 | ITC000253 | |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0198 | ITC000254 | |
| TU_EX-0199 | ERT0000217 | |
| TU_EX-0200 | ERT0000218 | |
| TU_EX-0200 | ERT0000219 | |
| TU_EX-0200 | ERT0000220 | |
| TU_EX-0201 | ITC000287 | |
| TU_EX-0201 | ITC000288 | |
| TU_EX-0201 | ITC000289 | |
| TU_EX-0202 | ERT0000236 | |
| TU_EX-0203 | ERT0000253 | |
| TU_EX-0204 | ERT0000756 | FRE 802 – Hearsay |
| TU_EX-0205 | | |
| TU_EX-0206 | | |
| TU_EX-0207 | ERT0000758 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine |
| TU_EX-0208 | | |
| TU_EX-0209 | | |
| TU_EX-0210 | | |
| TU_EX-0211 | | |
| TU_EX-0212 | | |
| TU_EX-0213 | | |
| TU_EX-0214 | | |
| TU_EX-0215 | | |
| TU_EX-0216 | | |
| TU_EX-0217 | | FRE 401 - Relevance; FRE 403 – Prejudice |
| TU_EX-0218 | | FRE 401 - Relevance; FRE 403 – Prejudice |
| TU_EX-0219 | ERT0000359 | |
| TU_EX-0220 | | FRE 401 - Relevance; FRE 403 – Prejudice |
| TU_EX-0221 | | |
| TU_EX-0222 | | |
| TU_EX-0223 | | |
| TU_EX-0224 | | |
| TU_EX-0225 | | |
| TU_EX-0226 | | |
| TU_EX-0227 | | |
| TU_EX-0228 | | |
| TU_EX-0229 | | Motion in Limine |
| TU_EX-0230 | | FRE 602 - Foundation; FRE 802 - Hearsay; FRE 901 - Authenticity |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0231 | | FRE 602 - Foundation; FRE 802 - Hearsay; FRE 901 - Authenticity |
| TU_EX-0232 | TU0001087 | FRE 802 - Hearsay |
| TU_EX-0232 | TU0001088 | FRE 802 - Hearsay |
| TU_EX-0233 | TU0002302 | FRE 802 - Hearsay |
| TU_EX-0233 | TU0002304 | FRE 802 - Hearsay |
| TU_EX-0234 | TU0084094 | FRE 802 - Hearsay |
| TU_EX-0234 | TU0084095 | FRE 802 - Hearsay |
| TU_EX-0235 | TU0088809 | FRE 802 - Hearsay |
| TU_EX-0236 | TU0004921 | FRE 802 - Hearsay |
| TU_EX-0237 | TU0006005 | |
| TU_EX-0237 | TU0006007 | |
| TU_EX-0238 | TU0006789 | FRE 602 - Foundation; FRE 802 - Hearsay; FRE 901 - Authenticity |
| TU_EX-0238 | TU0006790 | FRE 602 - Foundation; FRE 802 - Hearsay; FRE 901 - Authenticity |
| TU_EX-0239 | TU0007242 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0240 | TU0119999 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0240 | TU0120000 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0241 | TU0014025 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0241 | TU0014026 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0241 | TU0014033 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0242 | TU0029317 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0243 | TU0036769 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0243 | TU0036771 | FRE 602 - Foundation; FRE 802 – Hearsay |
| TU_EX-0244 | BONITZ_SUPP_00001 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0245 | BONITZ_SUPP_00002 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0246 | BONITZ_SUPP_00003 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0247 | BONITZ_SUPP_00004 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0248 | BONITZ_SUPP_00005 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0249 | BONITZ_SUPP_00006 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0250 | BONITZ_SUPP_00007 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0251 | BONITZ_SUPP_00008 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0252 | BONITZ_SUPP_00009 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0253 | BONITZ_SUPP_00010 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0254 | BONITZ_SUPP_00011 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0255 | BONITZ_SUPP_00012 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0256 | BONITZ_SUPP_00013 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0257 | BONITZ_SUPP_00014 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0258 | BONITZ_SUPP_00015 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0259 | BONITZ_SUPP_00016 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0260 | BONITZ_SUPP_00017 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0261 | BONITZ_SUPP_00018 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0262 | BONITZ_SUPP_00019 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0263 | BONITZ_SUPP_00020 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0264 | BONITZ_SUPP_00021 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0265 | BONITZ_SUPP_00022 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0266 | BONITZ_SUPP_00023 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0267 | BONITZ_SUPP_00024 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0268 | BONITZ_SUPP_00025 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0269 | BONITZ_SUPP_00026 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0270 | BONITZ_SUPP_00027 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0271 | BONITZ_SUPP_00028 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0272 | BONITZ_SUPP_00029 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0273 | BONITZ_SUPP_00030 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0274 | BONITZ_SUPP_00031 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0275 | BONITZ_SUPP_00032 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0276 | BONITZ_SUPP_00033 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0277 | BONITZ_SUPP_00034 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0278 | BONITZ_SUPP_00035 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0279 | BONITZ_SUPP_00036 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0280 | BONITZ_SUPP_00037 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0281 | BONITZ_SUPP_00038 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0282 | BONITZ_SUPP_00039 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0283 | BONITZ_SUPP_00040 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0284 | BONITZ_SUPP_00041 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0285 | BONITZ_SUPP_00042 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0286 | BONITZ_SUPP_00043 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0287 | BONITZ_SUPP_00044 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0288 | BONITZ_SUPP_00045 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0289 | BONITZ_SUPP_00046 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0290 | BONITZ_SUPP_00047 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0291 | BONITZ_SUPP_00048 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0292 | BONITZ_SUPP_00049 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0293 | BONITZ_SUPP_00050 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0294 | BONITZ_SUPP_00051 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0295 | BONITZ_SUPP_00052 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0296 | BONITZ_SUPP_00053 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0297 | BONITZ_SUPP_00054 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0298 | BONITZ_SUPP_00055 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0299 | BONITZ_SUPP_00056 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0300 | BONITZ_SUPP_00057 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0301 | BONITZ_SUPP_00058 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0302 | BONITZ_SUPP_00059 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0303 | BONITZ_SUPP_00060 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0304 | BONITZ_SUPP_00061 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0305 | BONITZ_SUPP_00062 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0306 | BONITZ_SUPP_00063 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0307 | BONITZ_SUPP_00064 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0308 | BONITZ_SUPP_00065 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0309 | BONITZ_SUPP_00066 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0310 | BONITZ_SUPP_00067 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0311 | BONITZ_SUPP_00068 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0312 | BONITZ_SUPP_00069 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0313 | BONITZ_SUPP_00070 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0314 | BONITZ_SUPP_00071 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0315 | BONITZ_SUPP_00072 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0316 | BONITZ_SUPP_00073 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0317 | BONITZ_SUPP_00074 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |

| TU Trial Ex. No. | Bates | Objection |
|---|---|---|
| TU_EX-0318 | BONITZ_SUPP_00075 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0319 | BONITZ_SUPP_00076 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0320 | BONITZ_SUPP_00077 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0321 | BONITZ_SUPP_00078 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0322 | BONITZ_SUPP_00079 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0323 | BONITZ_SUPP_00080 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0324 | BONITZ_SUPP_00081 | FRE 403 - Prejudice; FRE 401 - Relevance; Motion in Limine; Work Product |
| TU_EX-0325 | | Objections reserved because exhibits not supplied |
| TU_EX-0326 | | Objections reserved because exhibits not supplied |
| TU_EX-0327 | | Objections reserved because exhibits not supplied |
| TU_EX-0328 | | Objections reserved because exhibits not supplied |

## (f) Proposed Voir Dire Questions

**Question for the Court to ask:**

1.      Now, as we begin the questions, do any of you have trouble reading or understanding the English language?

2.      Do any of you have a physical difficulty such as hearing or sight that would make it difficult for you to be a juror in this case?

3.      Do any of you know me or my courtroom staff [state names]?

4.      Now I will introduce the parties to you. Do you know any of the parties to this lawsuit? Endless River Technologies LLC; Trans Union LLC.

5.      Do you know any of the attorneys involved in this lawsuit? Stephen Rosenfeld, David Cupar, Christopher Allen, Jacob Radecki; Mark Premo-Hopkins, and Britt Cramer.

6.      The parties may call, but are not required to call, the following witnesses. Please let me know if you know any of them: Richard Bonitz, Phil Wintering, Ronald Somich, Dr. Andrew Malec, Geoffrey Hakel, David Drotos, Emily Lebowitz, Kristin Valters, Tom Shriver, Dr. David Denis.

7.      Have you ever heard of a product known as the Quote Exchange? If so, what do you know about it?

8.      What is your occupation?

        a.      if working in legal field, what do you do?

      b.       if working in the insurance field, what do you do?

      c.       If working in the software development field, what do you do?

9.     If empaneled, you will be asked to decide this case solely on the evidence provided in this courtroom, not on sympathy or prejudice or outside knowledge you may have, and on the law, which I, the judge, will instruct you on. If there is any reason you cannot perform this duty in this case, please raise your hand.

### (g) Proposed Jury Instructions

Given the number of claims and issues in this case, the parties have agreed to file agreed and disputed jury instructions under separate cover tomorrow, September 8, 2022. We will both file those instructions and provide copies to chambers in Word format via email.

Dated: September 7, 2022

/s/ Stephen J. Rosenfeld
Stephen J. Rosenfeld (IL 6216769)
 *srosenfeld@mcdonaldhopkins.com*
MCDONALD HOPKINS LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111

David B. Cupar (OH 0071622)
 *dcupar@mcdonaldhopkins.com*
Mark J. Masterson (OH 0086395)
 *mmasterson@mcdonaldhopkins.com*
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474

*Counsel for Endless River Technologies LLC*