TRIAL MINUTES                                          Northern District of Ohio, Eastern Division

ENDLESS RIVER TECHNOLOGIES LLC.,

               Plaintiff,

    vs.

TRANS UNION, LLC.,

               Defendant.

DATE: SEPTEMBER 16, 2022

JUDGE  DONALD C. NUGENT

CASE NUMBER  1:18 CV 936

COURT REPORTER:  HEATHER NEWMAN  ~~HEIDI GEIZER~~

Length of Proceedings:  500 min

TRIAL TO [ ] COURT  [ ] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN  [X] CONTINUED &  [ ] NOT CONCLUDED  [X] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF  [ ] SURREBUTTAL OF DEFT

[X] FINAL ARGUMENTS  [X] CHARGE TO THE JURY

JURY DELIBERATIONS [X] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

TRIAL CONT'D DEF. CALLS FOLLOWING WITNESS(ES): ② DR. DAVID ~~DENNIS~~ DENIS CONT'D. Def. rests. ⓟ rests. Def. FR Civ P Motion 50 is granted as to Count 2 (Trade Secret); Count 5 (SLANDER of TITLE); and Count 7 (ODTPA). Court give initial instructions to jury. Arguments of counsel made. Court gives final instructions to jury. Jury retires in deliberation. Jury returns unanimous answer of YES to Interrogatory ONE and unanimously found damages in amt. of $18.3 million dollars. Court polls jury + accepts Interrogatory Answer. Jury discharged. Judgment entered in favor of ⓟ and against Def. in amount of $18.3 million dollars w/ all costs to Def.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 9/16/22