UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| Endless River Technologies LLC, | ) | Case No. 1:18-cv-00936 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | |
| | ) | |
| Trans Union LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENDLESS RIVER TECHNOLOGIES LLC'S CORRECTED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Endless River Technologies LLC ("Endless River") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Memorandum Opinion and Order entered in this action on January 3, 2023 (ECF No. 288.)

Notice is further given that Endless River appeals from the Court's order granting in part TransUnion LLC's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50 entered in this action on September 19, 2022. (ECF No. 273; 275.)

Notice is further given that Endless River appeals from the Court's Memorandum Opinion and Order entered in this action on February 2, 2022. (ECF No. 170.)

Dated: February 1, 2023        /s/ Stephen J. Rosenfeld
                                            Stephen J. Rosenfeld (IL 6216769)
                                            srosenfeld@mcdonaldhopkins.com
                                            MCDONALD HOPKINS LLC
                                            300 North LaSalle, Suite 1400
                                            Chicago, IL 60654
                                            Telephone: (312) 280-0111

        David B. Cupar (OH 0071622)
        *dcupar@mcdonaldhopkins.com*
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474

*Counsel for Endless River Technologies LLC*