# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3087/23-3144

_____

Filed: January 27, 2025

ENDLESS RIVER TECHNOLOGIES, LLC

    Plaintiff - Appellant Cross-Appellee      1:18-cv-00936-DCN

v.

TRANS UNION, LLC

    Defendant - Appellee Cross-Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 01/17/2025 the mandate for this case hereby issues today.   Affirmed.

COSTS:  None